UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR06-251-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CUONG MINN PARKER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:

Conspiracy to Distribute Marijuana; Use of a Communication Facility to Facilitate a Drug Offense

Date of Hearing:

July 31, 2006

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant has been indicted for a drug offense for which the maximum penalty is in excess of ten years.  There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

(2)     There are discrepancies in the record concerning defendant's current residence. He refuses to divulge his current residence address.  He has an uneven employment history.  His past criminal record includes a failure to appear for a court hearing.  The criminal history includes charges for assault, reckless endangerment in the first degree, violations of supervision, burglary, assault with a deadly weapon, extortion, and unlawful possession of a firearm.  The AUSA proffers that the defendant admitted to current activities involving weapons dealing.

(3)     Nothing in the record effectively rebuts the presumption of detention.

(4)     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the

01         Government, the person in charge of the corrections facility in which defendant is

02         confined shall deliver the defendant to a United States Marshal for the purpose of

03         an appearance in connection with a court proceeding; and

04 (4)    The clerk shall direct copies of this Order to counsel for the United States, to

05         counsel for the defendant, to the United States Marshal, and to the United States

06         Pretrial Services Officer.

07 DATED this <u>31st</u> day of July, 2006.

08

09                                         Mary Alice Theiler
                                      United States Magistrate Judge

DETENTION ORDER                                                 15.13
18 U.S.C. § 3142(i)                                           Rev. 1/91
PAGE 3